No. 8826. IN THE MATTER OF THE ESTATE OF LOIS LORENE FOSTER, Deceased. FRED M. MANNING, INC., a Corporation, APPELLANT, *v.* MARY V. HENNESSEY, Administratrix, RESPONDENT.

Decided January 17, 1949.

## ORDER

W. J. Jameson, Esq., of counsel for Appellant, and M. J. Doepker, Esq., of counsel for Respondent, having this day so stipulated,

It Is Ordered that the appeal be and it is dismissed.

Done this *17th day of January, 1949.*

> HUGH ADAIR, Chief Justice.
> HARRY J. FREEBOURN,
> ALBERT H. ANGSTMAN,
> LEE METCALF,
> R. V. BOTTOMLY,
> Associate Justices.

*Mr. James H. Morrow, Jr.,* of Bozeman, and *Messrs. Coleman, Jameson & Lamey* of Billings, for Appellant.

*Messrs. Hennessey & Hennessey* of Billings and *Mr. M. J. Doepker* of Butte, for Respondent.